☒ FILED   ___ LODGED
___ RECEIVED   ___ COPY

SEP 2 2 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Staffaun Johnson G022293
Name and Prisoner/Booking Number

4TH Avenue
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Staffaun Johnson,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Chair Officers - Parole Officers of MRC.
(Full Name of Defendant)

(2) Brian Mullins of Mesa Regional Parole

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV23-01998-PHX-SMB--JZB
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

Jury Trial Demanded

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983.
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other:_____.

2. Institution/city where violation occurred: MRC. Phoenix; Happy Valley
3.

Revised 12/1/20                    1                    **550/555**

## B. DEFENDANTS

1. Name of first Defendant: **BRIAN MULLINS**. The first Defendant is employed as: **PAROLE OFFICER** at **MRC, ADOBE MOUNTAIN**.
   (Position and Title)                                      (Institution)

2. Name of second Defendant: **UNIT OFFICERS**. The second Defendant is employed as: **PEACE OFFICER / PAROLE OFFICERS / C.O.** at **MRC**.
   (Position and Title)                                      (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                                      (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                                      (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: RIGHT TO MEDICAL CARE

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I KICKED AND SCREAMED ON A CELL DOOR UNTILL MY BALANCE WAS UNCONSCIOUSNESS I PLEAD FOR MEDICAL ATTENTION AND WAS DENIED, I REQUESTED PYSCH WATCH ALSO KNOW AS SUICIDE WATCH DUE AGAIN WAS DENIED ASKED C.O. FOR THREE DAYS TO BE PLACED IN SUICIDE WATCH I WAS THROWN IN A CELL FOR THREE DAYS WITH MY CLOTHES AND MULTIPLE ITEMS TO ATTEMPT SUICIDE.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   EMOTIONAL WISE I AM SCARED TO ASK FOR HELP FROM CORRECTIONAL OR PAROLE OFFICERS, PHYSICAL MY TOE TOOK MONTHS TO HEAL AND ITS STILL LOOKS OFF.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: Due Process

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Ever since I told my parole officer I will be suing him and all MCC staff they have been violating my and constantly bringing up charges also known as entrapment at MCC center they knew they were in the wrong by not offering mental health services when requested.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I am being charged with crimes I didn't want to commit if they would of accepted my plea for mental health and got me health when I really needed it.

5. **Administrative Remedies.**
   1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   2. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   3. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. They sent me to jail

4

### E. REQUEST FOR RELIEF

State the relief you are seeking:
I want officers fired for their actions and $200,000 for their actions too

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09·05·2023
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date _____ **September 18, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____  **B4627**
Legal Support Specialist Signature   S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009